CHRISTOPHER J. OLSON, ESQ. (SBN 192689)
RACHAEL E. BINDER, ESQ. (SBN 286634)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
colson@smwb.com
reb@smwb.com

Attorneys for Defendants
FELIPE'S MARKET, INC.;
CALA SHOPPING CENTER, LP
dba CALA SHOPPING CENTER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY-MARIE WILSON,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>FELIPE'S MARKET, INC.; CALA SHOPPING CENTER, LP dba CALA SHOPPING CENTER, LLC,<br><br>　　　Defendants. | CASE NO. 17-CV-00594-HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES**<br><br>Re: Dkt. 16 |

WHEREAS, the parties have complied with the Court's Scheduling Order entered on February 6, 2017, including a joint inspection of the premises on May 9, 2017, and an in-person meet and confer must accordingly be completed by June 6, 2017 pursuant to General Order 56;

WHEREAS, the parties are in settlement negotiations and require additional time to finalize the terms;

WHEREAS, defendants are unavailable to conduct the required in-person meet and confer by the June 6, 2017 deadline;

WHEREAS, the parties have agreed to conduct the in-person meet and confer on June 21, 2017 at 2:30 p.m.;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the deadline to conduct the meet and confer required by General Order 56 be continued to

---
STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES　　　　1

June 21, 2017, and that Plaintiff Ronny-marie Wilson shall file a notice of need for mediation within 14 days thereafter if the matter does not settle. No prior extension has been requested or granted.

Respectfully submitted,

Dated: June 7, 2017    **SWEENEY, MASON, WILSON & BOSOMWORTH**

By: /s/ Rachael E. Brown
RACHAEL E. BROWN, ESQ.
Attorney for Defendants
FELIPE'S MARKET, INC. and
CALA SHOPPING CENTER, LP
dba CALA SHOPPING CENTER, LLC

Dated: June 7, 2017    **MISSION LAW FIRM, APC**

By: /s/ Zachary M. Best
ZACHARY M. BEST, ESQ.
Attorney for Plaintiff
RONNY-MARIE WILSON

IT IS SO ORDERED.

Dated: June 7, 2017

UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD